UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

ROBERT NEGRIN, ANN MONDRONE
and SETH BERMAN, Individually, and on
Behalf of All Others Similarly Situated,

                Plaintiffs,

v.                                                     Civ. No.:  16-cv-158 (SJF)

DE CAPITAL MORTGAGE, LLC,
PREFERRED EMPIRE MORTGAGE, CO.,
and DOTTIE HERMAN,

                Defendants.

------------------------------------------------------------------x

**STIPULATION OF DISMISSAL AS TO DEFENDANTS PREFERRED EMPIRE MORTGAGE, CO. AND DOTTIE HERMAN AND TO AMEND THE CAPTION**

        It is hereby STIPULATED AND AGREED, by and between Plaintiffs ROBERT NEGRIN, ANN MONDRONE and SETH BERMAN, individually and on behalf of others similarly situated ("Plaintiffs") and Defendants PREFERRED EMPIRE MORTGAGE, CO. and DOTTIE HERMAN ("Preferred Defendants"), through their undersigned attorneys, who are authorized to enter into this Stipulation of Dismissal ("Stipulation"), that all Counts of Plaintiffs' Complaint are dismissed against the Preferred Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Dismissal is without prejudice, and without an award of fees or costs to any party.  Any future amendment regarding the Preferred Defendants shall be made with leave of the Court.

        It is further stipulated and agreed that the caption in this matter is amended to remove the Preferred Defendants.

| | |
|---|---|
| ERIK H. LANGELAND, P.C.<br>*ATTORNEYS FOR PLAINTIFFS*<br>733 3rd Avenue, 15 Floor<br>New York, New York  10017<br>(212) 354-6270 | JACKSON LEWIS P.C.<br>*ATTORNEYS FOR PREFERRED*<br>*DEFENDANTS*<br>58 South Service Rd., Ste. 250<br>Melville, New York  11747<br>(631) 247-0404 |

By: _____
ERIK H. LANGELAND, ESQ.

By: _____
NOEL P. TRIPP, ESQ.

Dated: May 13, 2016

Dated: May 13, 2016

SO ORDERED on this _____ day of May, 2016

_____
U.S.D.J.

4834-6056-1969, v. 1